# United States Court of Appeals for the Federal Circuit

ERRATUM

July 29, 2005

Appeal No. 04-1570

Enzo Biochem, Inc. v. Gen-Probe, Inc.

Decided:  July 13, 2005                              Precedential Opinion

Change the opinion as follows:

On page 2, line 10, replace "296 F.3d 1316" with "323 F.3d 956"